In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-451 CV


____________________



ROBERT STORMS, Appellant



V.



HOUSING AUTHORITY OF THE CITY OF BEAUMONT, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-167886






MEMORANDUM OPINION (1)


 Robert Storms, appellant, and Housing Authority of the City of Beaumont, appellee,
have filed a joint motion to dismiss this appeal and the cause of action with prejudice. The
parties allege they have settled all disputes and no longer desire to pursue the appeal. The
Court finds that this motion is voluntarily made by agreement of the parties through their
attorneys of record prior to any decision of this Court. Tex. R. App. P. 42.1(a)(2). No
other parties filed notice of appeal.

 Accordingly, the motion to dismiss with prejudice is granted and the appeal and the
entire cause of Robert Storms against the Housing Authority of the City of Beaumont is
DISMISSED. All costs are assessed against the incurring party.

 PER CURIAM

Opinion Delivered March 17, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.